IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| MICHAEL DALE MARVEL | PLAINTIFF |
| v.  Case No. 2:15-cv-02262 | |
| DAN SHUE (Sebastian County Prosecutor); TIMOTHY C. SHARUM (Public Defender); and DAN STEWART (Chief Public Defender) | DEFENDANTS |

## JUDGMENT

Pursuant to the Opinion entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 19th day of May, 2016.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE